UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA PARSHIN,<br><br>Plaintiff,<br><br>v.<br><br>DANNY D. BRACE, JR.,<br><br>Defendant. | No. 2:18-cv-03103 KJM CKD (PS)<br><br><br><br>ORDER |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff's application indicates that her take-home salary is $3,700 per month and that she has $10,000 in a checking account. Plaintiff also indicates that, in the past twelve months, she has received rent payments, interest or dividends, but plaintiff does not explain the source of the payments, the amount received, and what she expects to continue to receive, as required. (ECF No. 2 at 2.)

Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

Moreover, the federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Plaintiff is advised that there is no basis for federal subject matter jurisdiction evident in the complaint. Thus, if her

application to proceed in forma pauperis is denied and/or she elects to pay the filing fee, plaintiff will be ordered to show cause why this action should not be dismissed for lack of jurisdiction.

In accordance with the above, IT IS HEREBY ORDERED that:

1. If she wishes to proceed, plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of her request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: December 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 parshin3103.ifp-incompl