UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA PARSHIN,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY D. BRACE, JR.,<br><br>    Defendant. | No. 2:18-cv-03103 KJM CKD (PS)<br><br><br>ORDER |

    Plaintiff is proceeding pro se. Plaintiff has filed an forma pauperis affidavit stating that her monthly take-home pay is $3,600 per month. (ECF No. 4.)

    Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

    In her application, plaintiff lists three minor children dependent on her for support. Her annual take-home income is roughly $43,000. According to the 2019 federal poverty guidelines issued by the U.S. Department of Health and Human Services (HHS), a family of four with a yearly income of $43,000 is at 167% of the poverty rate. Plaintiff's income shows that she is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigence. See

Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

Plaintiff will be required to pay the filing fees for this action in order to proceed. Because the court appears to lack jurisdiction over this matter, plaintiff is advised (as before) that if she elects to pay the filing fee, she will be ordered to show cause why this action should not be dismissed for lack of jurisdiction. (ECF No. 3.)

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court. Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $400 will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Dated: January 15, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / parshin3103 ifp.den