UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA PARSHIN, | No. 2:18-cv-3103 KJM CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| DANNY D. BRACE, JR., | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. Pursuant to the order issued January 15, 2019, plaintiff has paid the filing fee for this action.

Plaintiff asserts federal subject matter jurisdiction for this action, in which she alleges that her attorney committed legal malpractice by taking a fee for legal services, doing no work, and refusing to refund the money. (ECF No. 1.) Plaintiff's brief and conclusory allegations do not state a federal claim against any defendant. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. See ECF Nos. 3 & 5 (advising plaintiff that the court appeared to lack jurisdiction over this action).

Because there is no basis for federal jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for jurisdiction will result in a recommendation that the action be dismissed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests to proceed in forma pauperis (ECF Nos. 2 & 4) are denied for the reasons explained in the January 15, 2019 order, in light of which plaintiff has paid the filing fee; and

2. No later than February 8, 2019, plaintiff shall show cause why this action should not be dismissed for lack of jurisdiction.

Dated: January 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ parshin3103.ifp-nojuris