UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA PARSHIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANNY D. BRACE, JR.,<br><br>　　　　　Defendant. | No. 2:18-cv-3103 KJM CKD (PS)<br><br><br>ORDER |

Plaintiff, proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed;
2. The Clerk of Court shall refund the $400.00 filing fee in this action as soon as practicable;
3. The Clerk of Court shall close this case; and
4. The Clerk of Court shall serve a copy of this order on the court's financial department.

Dated: February 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ parshin3103.dismiss

1